UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                        CASE NO.: 20-02896-MJC
                                                                                                    CHAPTER 13

**Rickie Lee Barker,**
   Debtor.

**Carolyn Ann Barker,**
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wells Fargo USA Holdings, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Authorized Agent for Secured Creditor
                                       13010 Morris Rd, Suite 450
                                       Alpharetta, GA 30004
                                       Telephone: 470-321-7112

                                  By: /s/Robert Shearer
                                       Robert Shearer
                                       Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on March 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RICKIE LEE BARKER
337 NEVEL HOLLOW RD
HUNLOCK CREEK, PA 18621-3080

CAROLYN ANN BARKER
337 NEVEL HOLLOW RD
HUNLOCK CREEK, PA 18621-3080

And via electronic mail to:

FREEMAN LAW
606 HAMLIN HIGHWAY
SUITE 2
LAKE ARIEL, PA 18436

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

                                        By: /s/ Amber Matas