MIDDLE DISTRICT OF PENNSYLVANIA

| Case Number | Debtor(s) |
|---|---|
| 18-00240 HWV | Lisa Ann Paradise |
| 23-00337 MJC | Jerry M. Berger and Denise L. Berger fka Denise L. Fogel |
| 19-00498 MJC | Timothy M. Zabielski aka Timothy Michael Zabielski |
| 19-01214 HWV | Kevin Lee Gossert and Heidi Danette Gossert |
| 19-04235 HWV | Timothy A. Becker and Lauren A. Becker, fka Lauren R. Adams |
| 19-05383 HWV | Paul R. Leduc and Thomas E. Williams, Jr. |
| 20-01071 MJC | Jeffrey Zimmerman, aka Jeffrey J Zimmerman, aka Jeffrey James Zimmerman |
| 20-01185 HWV | Joseph Keith Williams and Brynn Thompson Williams, dba Brynwven Originals, aka Brynn Williams |
| 20-01385 HWV | Reginald Terrill Sims, aka Reginald Terrill Sims, Sr. and Teresa Anne Sims, aka Teresa Anne Shaulis |
| 22-02429 MJC | Peter Richard Kerdesky, III aka Peter Kerdesky aka Peter R. Kerdesky aka Peter Richard Kerdesky |
| 20-02056 MJC | Shane K. Enslin, aka Shane Kenneth Enslin, aka Shane Enslin and Kimberly Terese Enslin, aka Kimberly T. Enslin, aka Kimberly Enslin |
| 20-02103 MJC | Carl A. Logiudice and Emily Selikowitz aka Emily Logiudice |
| 20-02162 MJC | Carmel Matthews, aka Carmel Shabazz, aka Carmel Belizaire |
| 20-02558 MJC | Thyrza Natalia Lasso, aka Thyrza N. Lasso, aka Thyrza Lasso |
| 20-02611 HWV | Ronald L. Myers, Jr. and Krysti Marie Myers |
| 20-02896 MJC | Rickie Lee Barker aka Rickie L. Barker and Carolyn Ann Barker aka Carolyn A. Barker |
| 20-03338 MJC | Cory Scott Allen aka Cory Allen aka Cory S. Allen |
| 20-03356 MJC | Nancy Lee Wink aka Nancy L. Wink aka Nancy Wink |
| 20-03501 MJC | Robert G. Vrablic aka Robert George Vrablic aka Robert Vrablic and Joanne E. Vrablic aka Joanne Elizabeth Vrablic aka Joanne Vrablic |
| 20-03588 HWV | Ashley Rose Grillo fka Ashley Menges |
| 20-03598 MJC | John Leroy Wernig aka John L Wernig aka John Wernig aka John L Wernig, Jr.fdba Afoot Expedition aka John LeRoy Wernig |
| 21-00006 HWV | Charles Daniel Potter |
| 21-00084 MJC | Melissa A. Doll aka Melissa Allison Doll |
| 21-00156 HWV | Edwin A. Beam, Jr. aka Edwin A. Beam |
| 21-00216 MJC | Michael M. Dennis aka Michael Morgan Dennis aka Michael Dennis |
| 21-00298 MJC | Mark E. Gibbons aka Mark Gibbons and Janice A. Gibbons aka Janice Gibbons |
| 21-00428 MJC | Micheal E. Kiessling, Jr. |

| Case Number | Debtor(s) |
|---|---|
| 21-00444 MJC | Lawrence Mitchell |
| 21-00516 MJC | James A. Roan |
| 21-01559 MJC | Deanna Marie Brown |
| | aka Deanna M. Brown |
| 21-02328 HWV | Mary Kathleen Stech |
| | aka Kathleen Stech |
| 21-02145 MJC | Darry Christopher Harris and Kristi J. Harris |
| | aka Kristi Conrad |
| 21-02596 MJC | Richard Anthony Kowalski |
| | aka Richard A. Kowalski |
| | aka Richard Kowalski and Corrina J. Kowalski |
| | aka Corrina Kowalski |
| 22-00293 HWV | Steven M. T. Coates |
| 22-00387 HWV | Cathy Mae Sheriff |
| 22-00464 HWV | Edward Lee Proffitt |
| | aka Edward Lee Proffit |
| 24-00250 HWV | Benjamin S. Confair |
| 22-01643 MJC | Steven Michael Simkonis |
| | aka Stephen M. Simkonis |
| | aka Stephen Michael Simkonis |
| | aka Steven Simkonis |
| | aka Stephen Simkonis |
| | aka Steven M. Simkonis |
| 22-01664 HWV | Thomas N. Camasta, Jr. and Seanna Marie Camasta |
| 22-01670 HWV | Nina Rabold Morris |
| | aka Nina Rebold Rosedale |
| 22-02014 HWV | Kevin Lee King |
| | aka Kevin W. Hughes |
| 22-02381 HWV | Kenneth William Dockery |
| 22-01294 HWV | Jessica W. Wolfgang |
| 22-02511 MJC | Danny Lee Serfass, Jr. |
| | aka Danny L. Serfass, Jr. |
| | aka Danny Serfass, Jr. |
| | aka Danny Serfass |
| | aka Danny Lee Serfass |
| | aka Danny L. Serfass |
| 23-00176 HWV | Heather S. Zuwiala |
| 23-00768 HWV | Daniel F. Lentz and Suzanne E. Lentz |
| | aka Suzanne E. Fisher-Lentz |
| 23-00412 HWV | Jeffrey S. Burns and Stephanie C. Burns |
| 23-00553 MJC | Robert J. Voitek and Dawn Marie Voitek |
| 23-00975 MJC | Rose Jean Zucuskie |
| | aka Rose Jean A. Zucuskie |
| 23-01117 HWV | Joselito Banarez Nevalga |
| 23-01330 MJC | Joel Alfred Douglas |
| | aka Joel A. Douglas |
| | aka Joel Douglas |
| 23-02006 MJC | Elbros Samkough |
| 23-01873 MJC | Carol A. Yates |
| | aka Carolann E. Yates |
| 23-01961 HWV | Dominic DiBattista-Adkins and Vickie DiBattista-Adkins |

MIDDLE DISTRICT OF PENNSYLVANIA

| Case Number | Debtor(s) |
|---|---|
| 23-02275 HWV | Justine A. Brown and Robert C. Brown, II |
| 23-02290 HWV | Barbara A. Sanborn |
| 23-02384 HWV | Ulysses Bobby Wilson<br>aka Ulysses B. Wilson |
| 23-02504 MJC | Joseph J. Kosloski, Jr. and Sarah M. Kosloski |
| 23-02550 MJC | Kenneth Andrew Watson |
| 23-02764 MJC | Joseph A. Vinanskie, Jr.<br>aka Joe Vinanskie<br>aka Joseph A. Vinanskie, Jr.<br>aka Joseph Albert Vinanskie, Jr. |
| 23-02806 MJC | Derek Carl Heppding<br>aka Derek C. Heppding<br>aka Derek Heppding and Arlette Marie Heppding<br>aka Arlette M. Heppding<br>aka Arlette Heppding |
| 24-00240 MJC | Christian Sheridan Hofmann and Danielle Katheryne Hofmann |
| 24-00261 HWV | Christine L. Antoon<br>aka Christine Louise Antoon |