IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re Rickie Lee Barker and Carolyn Ann Barker,<br>　　　　　Debtors<br><br>Rickie Lee Barker and Carolyn Ann Barker,<br>　　　　　Movants<br>v.<br><br>Wells Fargo USA Holdings, Inc.,<br>　　　　　Respondent | Chapter 13<br><br>Case No. 5:20-bk-02896-MJC |
|---|---|

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | **Notice of Final Cure Payment** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC #N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | United States Mail – First Class |

　　　I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: August 13, 2025

　　　　　　　　　　　　　　　　　　　　　s/Tiffany Bator
　　　　　　　　　　　　　　　　　　　　　Tiffany Bator, Paralegal
　　　　　　　　　　　　　　　　　　　　　Sabatini Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　　216 N. Blakely St.,
　　　　　　　　　　　　　　　　　　　　　Dunmore, PA 18512
　　　　　　　　　　　　　　　　　　　　　Phone (570) 341-9000
　　　　　　　　　　　　　　　　　　　　　Facsimile (570) 504-2769
　　　　　　　　　　　　　　　　　　　　　Email kecf@bankruptcypa.com