IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re Rickie Lee Barker and Carolyn Ann Barker,<br>Debtors<br><br>Rickie Lee Barker and Carolyn Ann Barker,<br>Movants<br>v.<br><br>U.S. Small Business Administration,<br>Respondent | Chapter 13<br><br>Case No. 5:20-bk-02896-MJC |
|---|---|

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | **Notice of Final Cure Payment** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| U.S. Small Business Administration<br>2 North 20th St., Suite 320<br>Birmingham, AL 35203 | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: August 13, 2025

s/Tiffany Bator
Tiffany Bator, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kecf@bankruptcypa.com