United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rickie Lee Barker  
Carolyn Ann Barker  
    Debtors

Case No. 20-02896-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 13, 2025      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Rickie Lee Barker, Carolyn Ann Barker, 337 Nevel Hollow Rd, Hunlock Creek, PA 18621-3080 |
| 5362408 | Barker Carolyn Ann, 337 Nevel Hollow Rd, Hunlock Creek, PA 18621-3080 |
| 5362407 | Barker Rickie Lee, 337 Nevel Hollow Rd, Hunlock Creek, PA 18621-3080 |
| 5362413 | Benco Retirement Plan, 295 Centerpoint Blvd, Pittston, PA 18640-6136 |
| 5362416 | Geneva Jumper, 131 Old Tavern Rd, Hunlock Creek, PA 18621-3312 |
| 5362417 | George Rudolph, President, PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5362419 | Kimberly Holocomb, Tax Collector, PO Box 147, Sweet Valley, PA 18656-0147 |
| 5362422 | Matthew Urban, Weltman Weinberg & Reis Co LPA, 436 7th Ave Ste 2500, Pittsburgh, PA 15219-1842 |
| 5362428 | Officer, Managing or General Agent, PSECU, 303 Walnut St Ste 121, Harrisburg, PA 17101-1803 |
| 5362434 | PSECU-Visa Card, 1500 Elmerton Ave, Harrisburg, PA 17110-9214 |
| 5362409 | Sabatini Freeman LLC, 216 N Blakely St, Dunmore, PA 18512-1904 |
| 5362437 | USAA, PO Box 47504, San Antonio, TX 78201 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: PRA.COM | Aug 13 2025 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: RASEBN@raslg.com | Aug 13 2025 18:37:00 | Wells Fargo USA Holdings, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5362410 | EDI: SYNC | Aug 13 2025 22:39:00 | Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5362411 | ^ MEBN | Aug 13 2025 18:34:38 | American Coradius, Suite 150 2420 Sweet Home Rd, Amherst, NY 14228-2244 |
| 5378432 | + EDI: AAFES | Aug 13 2025 22:39:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 5362412 | EDI: TSYS2 | Aug 13 2025 22:39:00 | Barclay Bank/Juniper, PO Box 13337, Philadelphia, PA 19101-3337 |
| 5362414 | EDI: CAPITALONE.COM | Aug 13 2025 22:39:00 | Capital One/Kohls, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5362415 | EDI: DISCOVER | Aug 13 2025 22:39:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 5363941 | EDI: DISCOVER | Aug 13 2025 22:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5362418 | EDI: SYNC | Aug 13 2025 22:39:00 | JCPenney, PO Box 960090, Orlando, FL 32896-0090 |

| | | | | |
|---|---|---|---|---|
| 5362420 | | EDI: CAPITALONE.COM | Aug 13 2025 22:39:00 | Kohls/Capital One, N56 Ridgewood Dr, Menomonee Falls, WI 53051 |
| 5362421 | + | EDI: SYNC | Aug 13 2025 22:39:00 | Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5362425 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2025 18:37:00 | Midland Credit Management, 350 Carmino Dela Reina, San Diego, CA 92108-3007 |
| 5362424 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2025 18:37:00 | Midland Credit Management, STE 100 350 Camino Dela Rei na, San Diego, CA 92108-3007 |
| 5362423 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2025 18:37:00 | Midland Credit Management, STE 100 350 Carmino Dela Reina, San Diego, CA 92108-3007 |
| 5362426 | | EDI: AAFES | Aug 13 2025 22:39:00 | Military Star, 3911 S Walton Walker Blvd, Dallas, TX 75236-1509 |
| 5362427 | | EDI: AAFES | Aug 13 2025 22:39:00 | Military Star Card, 3911 S Walton Walker Blvd, Dallas, TX 75236-1509 |
| 5362429 | | Email/Text: bankruptcy@oliphantfinancial.com | Aug 13 2025 18:37:00 | Oliphant Financial, 1800 2nd St Ste 603, Sarasota, FL 34236-5990 |
| 5362431 | | EDI: PRA.COM | Aug 13 2025 22:39:00 | Portfolio Recovery Associates, 150 Corporate Blvd, Norfolk, VA 23502 |
| 5374912 | + | EDI: G2RSPSECU | Aug 13 2025 22:39:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5362432 | | EDI: G2RSPSECU | Aug 13 2025 22:39:00 | PSECU, 1500 Elmerton Ave, Harrisburg, PA 17110-9214 |
| 5362433 | | EDI: G2RSPSECU | Aug 13 2025 22:39:00 | PSECU-Visa, 1500 Elmerton Ave, Harrisburg, PA 17110-9214 |
| 5362430 | | EDI: SYNC | Aug 13 2025 22:39:00 | Paypal/SYNCB, PO Box 960080, Orlando, FL 32896-0080 |
| 5362435 | | EDI: SYNC | Aug 13 2025 22:39:00 | Sams Club/SYNCB, PO Box 530942, Atlanta, GA 30353-0942 |
| 5362436 | | Email/Text: BhamBankruptcy@sba.gov | Aug 13 2025 18:37:00 | Small Business Administration, 2 20th St N Ste 320, Birmingham, AL 35203-4002 |
| 5363278 | ^ | MEBN | Aug 13 2025 18:34:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5362439 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 13 2025 18:44:44 | Wells Fargo Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701-4747 |
| 5362438 | | EDI: SYNC | Aug 13 2025 22:39:00 | Walmart/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |
| 5373968 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 13 2025 18:44:35 | Wells Fargo USA Holdings, Inc., Wells Fargo Bank, N.A., MAC N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 5604758 | + | Email/Text: RASEBN@raslg.com | Aug 13 2025 18:37:00 | Wells Fargo USA Holdings, LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2025         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brett Freeman | on behalf of Debtor 1 Rickie Lee Barker brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Rickie Lee Barker usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Carlo Sabatini | on behalf of Debtor 2 Carolyn Ann Barker usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Justin M Tuskan | on behalf of Interested Party Scott & Associates  P.C. jtuskan@metzlewis.com |
| Michelle McGowan | on behalf of Creditor WELLS FARGO USA HOLDINGS  INC. mimcgowan@raslg.com |
| Robert Shearer | on behalf of Creditor Wells Fargo USA Holdings  LLC rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Rickie Lee Barker <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−2888 <br> EIN   __−_____ |
| Debtor 2 <br> (Spouse, if filing) | Carolyn Ann Barker <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−3650 <br> EIN   __−_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20−bk−02896−MJC | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rickie Lee Barker
aka Rickie L Barker

Carolyn Ann Barker
aka Carolyn A Barker

**By the court:**

8/13/25

Mark J. Conway, United States
Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2