| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Rickie Lee Barker, aka Rickie L Barker |
| Debtor 2 (Spouse, if filing) | Carolyn Ann Barker, aka Carolyn A Barker |
| United States Bankruptcy Court for the: MIDDLE District of Pennsylvania (State) | |
| Case number 5:20-bk-02896-MJC | |

# Form 4100R
# Response to Notice of Final Cure

10/15

___

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Wells Fargo USA Holdings, LLC

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 4546

**Property address:** 337 NEVEL HOLLOW RD ,
Number   Street
HUNLOCK CREEK, PA 18621
City            State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $_____

## Part 3: Postpetition Mortgage

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 9/20/2025
MM/DD/YYYY

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:      + (b) $_____
c. Total. Add lines a and b.                                                         (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:
MM/  DD/  YYYY

| Debtor 1 | Rickie Lee Barker, aka Rickie L Barker | | Case number *(if known)* | 5:20-bk-02896-MJC |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Jordan Katz                                           Date 08/21/2025
    Signature

Print    Jordan Katz                                          Title Authorized Agent
         First Name   Middle Name   Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   130 Clinton Rd #202
          Number         Street

          Fairfield         NJ          07004
          City              State       ZIP Code

Contact   470-321-7112                                        Email jkatz@raslg.com

Form 4100R          **Response to Notice of Final Cure Payment**          page 2

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on  August 26, 2025  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Rickie Lee Barker
337 Nevel Hollow Rd
Hunlock Creek, PA 18621-3080

Carolyn Ann Barker
337 Nevel Hollow Rd
Hunlock Creek, PA 18621-3080

And via electronic mail to:

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

                                               By: /s/ Jessica Kerrigan
                                               Email: jkerrigan@raslg.com