# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Rickie Lee Barker and Carolyn Ann Barker,<br><br>Debtors<br><br>Rickie Lee Barker and Carolyn Ann Barker,<br>Movants<br>v.<br><br>U.S. Small Business Administration,<br>Respondent | Chapter 13<br><br>Case No. 5:20-bk-02896-MJC |

### Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3

| Title of Paper Served: | **Notice of Final Cure Payment** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| U.S. Small Business Administration<br>2 20th St. N, Ste. 320<br>Birmingham, AL 35203-4002 | | United States Mail – First Class |
| Civil Process Clerk<br>Office of the United States Attorney<br>William J. Nealon Federal Building & Courthouse<br>235 N. Washington Ave., Ste. 311<br>Scranton, PA 18503-1533 | | United States Mail – First Class |
| Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0009 | | United States Mail – First Class |
| U.S. Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0011 | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: September 11, 2025

    s/Ashley Weisenfluh
    Ashley Weisenfluh, Paralegal
    Sabatini Law Firm, LLC